# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| SHANNON M. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:17-CV-0382-TOR |
| | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Plaintiff's Motion for Summary Judgment (ECF No. 13) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 14) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____ THOMAS O. RICE _____ on motions for
Summary Judgment (ECF Nos. 13 and 14)

Date:  July 6, 2018 _____

CLERK OF COURT

SEAN F. McAVOY

Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry